# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** MISSISSIPPI
### GULFPORT 1 **DIVISION**

In Re:                                    §
                                          §
STRINGER CONSTRUCTION                     §        Case No. 1:13-51647-KMS
COMPANY, LLC                              §
                                          §
             Debtor                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEREK A. HENDERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 256,753.39 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 332,056.29 | |

3) Total gross receipts of $588,809.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $588,809.68 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $40,000.00 | $40,000.00 | $40,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 332,056.29 | 332,056.29 | 332,056.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,312,226.60 | 1,295,673.27 | 1,255,673.27 | 216,753.39 |
| **TOTAL DISBURSEMENTS** | $1,312,226.60 | $1,667,729.56 | $1,627,729.56 | $588,809.68 |

4)  This case was originally filed under chapter 7 on 08/26/2013.  The case was pending for 100 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2021 _____     By:/s/DEREK A. HENDERSON _____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Boardwalk lawsuit for retainge, change orders, contract paym | 1129-000 | 280,174.04 |
| Additional BP oil spill claim | 1149-000 | 6,762.64 |
| BP oil spill claim | 1149-000 | 301,873.00 |
| TOTAL GROSS RECEIPTS | | $588,809.68 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Brock Services, LLC | 4210-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| 21 | Steel Painters Inc. | 4210-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| TOTAL SECURED CLAIMS | | | $NA | $40,000.00 | $40,000.00 | $40,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEREK A. HENDERSON | 2100-000 | NA | 32,690.48 | 32,690.48 | 32,690.48 |
| DEREK A. HENDERSON | 2200-000 | NA | 122.50 | 122.50 | 122.50 |
| DEREK A. HENDERSON | 2300-000 | NA | 783.29 | 783.29 | 783.29 |
| Axos Bank | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| Union Bank | 2600-000 | NA | 27,372.82 | 27,372.82 | 27,372.82 |
| INTERNAL REVENUE SERVICE | 2810-000 | NA | 144,329.00 | 144,329.00 | 144,329.00 |
| DEPARTMENT OF REVENUE | 2820-000 | NA | 334.68 | 334.68 | 334.68 |
| MISSISSIPPI STATE TAX COMMISSION | 2820-000 | NA | 36,369.00 | 36,369.00 | 36,369.00 |
| DEREK A. HENDERSON | 3110-000 | NA | 9,982.50 | 9,982.50 | 9,982.50 |
| DEREK A. HENDERSON | 3120-000 | NA | 786.14 | 786.14 | 786.14 |
| GLOVER, YOUNG, HAMMACK, WALTON & SIMMONS, PLLC | 3210-000 | NA | 37,734.13 | 37,734.13 | 37,734.13 |
| HUNT, ROSS & ALLEN, PA | 3210-000 | NA | 38,579.46 | 38,579.46 | 38,579.46 |
| STEPHEN B. JACKSON AND | 3210-000 | NA | 845.33 | 845.33 | 845.33 |
| HUNT, ROSS & ALLEN, PA | 3220-000 | NA | 408.36 | 408.36 | 408.36 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HARPER, RAINS, KNIGHT & COMPANY, P.A. | 3410-000 | NA | 1,718.60 | 1,718.60 | 1,718.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $332,056.29 | $332,056.29 | $332,056.29 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABS Welding P.O. Box 563 Columbia, MS 39429 | | 10,956.80 | NA | NA | 0.00 |
| | Airgas USA, LLC P.O. Box 532609 Atlanta, GA 30353 | | 1,964.50 | NA | NA | 0.00 |
| | Allied Waste Services #823 1035 Old Brandon Rd Flowood, MS 39232 | | 965.47 | NA | NA | 0.00 |
| | Anderson Construction P.O. Box 1008 Stringer, MS 39481 | | 7,688.55 | NA | NA | 0.00 |
| | Armor Plate, INC P.O. Box 5625 Pasadena, TX 77508 | | 24,081.00 | NA | NA | 0.00 |
| | B & D Equipment Sales & Rental P.O. Box 804 Magnolia, AR 71754 | | 1,500.00 | NA | NA | 0.00 |
| | Baker Corp. P.O. Box 513967 Los Angeles, CA 90051 | | 25,139.33 | NA | NA | 0.00 |
| | Battery Sales & Services 605 West Fortification St Jackson, MS 39203 | | 563.20 | NA | NA | 0.00 |
| | Beasley Forest Products, INC P.O. Box 788 Hazlehurst, GA 31539 | | 8,974.45 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ben Jones Catfish 8775 Simmons Circle Lauderdale, MS 39335 | | 800.00 | NA | NA | 0.00 |
| | Borsheim Crane Services 5028 139th ave Williston, ND 58802 | | 4,300.00 | NA | NA | 0.00 |
| | Brock Services, LLC P.O. Box 840640 Dallas, TX 75284 | | 317,981.58 | NA | NA | 0.00 |
| | C.B. Developers, INC 1716 Evelyn Gandy Pky Suite 40 Hattiesburg, MS 39401 | | 27,000.00 | NA | NA | 0.00 |
| | Carboline Company 2150 Schuetz Rd Saint Louis, MO 63146 | | 451.22 | NA | NA | 0.00 |
| | Circle L Farm Supply P.O. Box 1053 Bay Springs, MS 39422 | | 64.95 | NA | NA | 0.00 |
| | Clay Steely Porter Hegdes, LLP 1000 Main Street 36th Floor Houston, TX 77002 | | 0.00 | NA | NA | 0.00 |
| | Coating Supply & Service Company P.O. Box 301226 Houston, TX 77230 | | 23,233.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Complete Pipeline Services & Supply P.O. Box 70517 Tuscaloosa, AL 35407 | | 62,353.07 | NA | NA | 0.00 |
| | Digco Utility Con. DBA Ranger Field P.O. Box 847068 Dallas, TX 75284 | | 75,000.00 | NA | NA | 0.00 |
| | Donald Alan Windham, Jr Balch & Bingham 188 East Capital Street Suite 1400 Jackson, MS 39201 | | 0.00 | NA | NA | 0.00 |
| | Entergy Claims Management P.O. Box 27070 Minneapolis, MN 55427 | | 5,153.86 | NA | NA | 0.00 |
| | Equipment Rental, Inc P.O. Box 886 Kosciusko, MS 39090 | | 2,545.24 | NA | NA | 0.00 |
| | Eric Tiebauer PO Box 1421 Waynesboro, MS 39367 | | 0.00 | NA | NA | 0.00 |
| | Gas and Supply 125 Thruway park Broussard Broussard, LA 70518 | | 9,040.43 | NA | NA | 0.00 |
| | Greene's Energy Group P.O. Box 676263 Dallas, TX 75267 | | 549.78 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gulf South Pipeline Co 20 Greenway Plaza Houston, TX 77046 | | 0.00 | NA | NA | 0.00 |
| | Impact Printing & Design P.O. Box 449 Bay Springs, MS 39422 | | 702.80 | NA | NA | 0.00 |
| | Jimmy's Equipment Rental, Inc P.o. Box 2876 Lake City, FL 32056 | | 631.50 | NA | NA | 0.00 |
| | Job Service North Dakota P.O. Box 5507 Bismarck, ND 58506 | | 10,926.86 | NA | NA | 0.00 |
| | Judson Wilson 101 CR 1022 Stringer, MS 39481 | | 2,810.00 | NA | NA | 0.00 |
| | Key, LLC P.O. Box 590 Madison, MS 39130 | | 32,100.00 | NA | NA | 0.00 |
| | Kosciusko Water & Light Plant P.O. Box 866 Kosciusko, MS 39090 | | 58.85 | NA | NA | 0.00 |
| | Laurel Ford P.O. Box 2608 Bay Springs, MS 39422 | | 1,643.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lauren Drummond c/o Eric Tiebauer PO Box 1421 Waynesboro, MS 39367 | | 0.00 | NA | NA | 0.00 |
| | Lyle Machinery P.O. Box 967 Jackson, MS 39205 | | 83,719.62 | NA | NA | 0.00 |
| | MEA Drug Testing Consortium 7 Lakeland Cr, Ste 100A Jackson, MS 39216 | | 195.00 | NA | NA | 0.00 |
| | Myron Corp. P.O. Box 66088 Dallas, TX 75266 | | 397.01 | NA | NA | 0.00 |
| | Nix Auto Parts & Supply P.O. Box 363 Bay Springs, MS 39422 | | 5,360.42 | NA | NA | 0.00 |
| | Pearl Equipment 201 Catholic Cemetery Rd Bassfield, MS 39421 | | 13,262.00 | NA | NA | 0.00 |
| | PipeGator LLC 7299 David Rd Roanoke, LA 70581 | | 42,726.07 | NA | NA | 0.00 |
| | Price Supply, Inc 109 Cason Rd Broussard, LA 70518 | | 7,039.77 | NA | NA | 0.00 |
| | Puckett Rents P.O. Box 3170 Jackson, MS 39207 | | 9,299.13 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reed Construction P.O. Box 997 Stringer, MS 39481 | | 428.00 | NA | NA | 0.00 |
| | Rega, Inc c/o Eric Tiebauer 4363 Hwy 45N Waynesboro, MS 39367 | | 10,000.00 | NA | NA | 0.00 |
| | Richard Reeves c/o Eric Tiebauer PO Box 1421 Waynesboro, MS 39367 | | 0.00 | NA | NA | 0.00 |
| | Road- Pro Safety, Inc P.O. Box 54292 Pearl, MS 39288 | | 5,528.70 | NA | NA | 0.00 |
| | SAIA Motor Freight Line, LLC P.O. Box 730532 Dallas, TX 75373 | | 140.56 | NA | NA | 0.00 |
| | Secorp P.O. Box 687 Ridgeland, MS 39158 | | 2,621.64 | NA | NA | 0.00 |
| | Sheffield Rental - Comp Station 1225 HWY 61 South Vicksburg, MS 39180 | | 2,568.00 | NA | NA | 0.00 |
| | Sheffield Rental 1255 HWY 61 South Vicksburg, MS 39180 | | 936.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sheffield Rentals, Inc Park Lot H&P 1225 HWY 61 South Vicksburg, MS 39180 | | 64.20 | NA | NA | 0.00 |
| | South Central Urgent Care P.O. Box 6523 Laurel, MS 39441 | | 436.00 | NA | NA | 0.00 |
| | Staton M. Childrers Hays, McConn, Rice 1233 West Loop South Suite 1000 Houston, TX 77027 | | 0.00 | NA | NA | 0.00 |
| | Steel Painters, Inc P.O. Box 22738 Beaumont, TX 77720 | | 223,149.87 | NA | NA | 0.00 |
| | Stribling Eq.dba Empire Truck Sales P.O. Box 6038 Pearl, MS 39288 | | 542.79 | NA | NA | 0.00 |
| | Taylor Construction Company 28 Taylor Circle Laurel, MS 39443 | | 2,247.00 | NA | NA | 0.00 |
| | TDW Services, Inc P.O. Box 972118 Dallas, TX 75397 | | 13,000.00 | NA | NA | 0.00 |
| | United Rentals Credit Ofiice #584 P.O. Box 100711 Atlanta, GA 30384 | | 32,678.04 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Minerals, Inc 2105 North Winds Dyer, IN 46311 | | 3,480.00 | NA | NA | 0.00 |
| | Veriforce, LLC 1776 Woodstead Court Suite 119 Spring, TX 77380 | | 1,620.00 | NA | NA | 0.00 |
| | Verizon Wireless P.O. Box 660108 Dallas, TX 75266 | | 9,285.07 | NA | NA | 0.00 |
| | Vicksburg- Warren County Landfill P.O. Box 821238 Vicksburg, MS 39182 | | 5,075.00 | NA | NA | 0.00 |
| | Walley Forestry Consulting Services P.O. Box 621 Ellisville, MS 39437 | | 1,785.75 | NA | NA | 0.00 |
| | Waste Mang of Jackson Hauling P.O. Box 2475 Tupelo, MS 38803 | | 627.40 | NA | NA | 0.00 |
| | Waste Mang of South MS P.O. Box 2475 Tupelo, MS 38803 | | 3,904.71 | NA | NA | 0.00 |
| | Wayne's Tire Center 278 HWY 18 Bay Springs, MS 39422 | | 3,212.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wert's Welding & Tank Service 400 N. Old St Louis Rd Wood River, IL 62095 | | 1,145.63 | NA | NA | 0.00 |
| | West Gravel P.O. Box 824 Taylorsville, MS 39168 | | 342.51 | NA | NA | 0.00 |
| | Willimas Transport P.O. Box 131 Stringer, MS 39481 | | 136,830.42 | NA | NA | 0.00 |
| | WSI P.O. Box 5585 Bismarck, ND 58506 | | 25,226.66 | NA | NA | 0.00 |
| | Wylie Bice Trucking, LLC 10454 1S Street SW Killdeer, ND 58640 | | 4,170.30 | NA | NA | 0.00 |
| 4 | Abs Welding | 7100-000 | NA | 13,656.80 | 13,656.80 | 2,890.75 |
| 17 | Airgas Usa, Llc | 7100-000 | NA | 5,047.79 | 5,047.79 | 1,068.47 |
| 13 | Anderson Construction | 7100-000 | NA | 8,834.08 | 8,834.08 | 1,869.92 |
| 1 | Armor Plate, Inc. | 7100-000 | NA | 24,081.00 | 24,081.00 | 5,097.25 |
| 18 | Bakercorp | 7100-000 | NA | 25,139.33 | 25,139.33 | 5,321.27 |
| 10 | Battery Sales & Services | 7100-000 | NA | 563.20 | 563.20 | 119.21 |
| 23 | Beasley Forest Products, Inc | 7100-000 | NA | 12,152.14 | 12,152.14 | 2,572.26 |
| 7 | Ben Jones Catfish | 7100-000 | NA | 800.00 | 800.00 | 169.34 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Brock Services, LLC | 7100-000 | NA | 448,670.00 | 428,670.00 | 90,737.02 |
| 12 | Buckley Newspapers, Inc. | 7100-000 | NA | 532.86 | 532.86 | 112.79 |
| 8 | C.B. Developers, Inc | 7100-000 | NA | 27,000.00 | 27,000.00 | 5,715.12 |
| 5 | Complete Pipeline Services & Supply | 7100-000 | NA | 76,464.57 | 76,464.57 | 16,185.33 |
| 3 | Gas And Supply | 7100-000 | NA | 10,452.17 | 10,452.17 | 2,212.42 |
| 9 | Key, Llc | 7100-000 | NA | 32,100.00 | 32,100.00 | 6,794.64 |
| 20 | Lyle Machinery Company | 7100-000 | NA | 66,669.72 | 66,669.72 | 14,112.05 |
| 2 | Pearl Equipment | 7100-000 | NA | 16,120.00 | 16,120.00 | 3,412.14 |
| 6 | Road-Pro Safety, Inc. | 7100-000 | NA | 5,528.70 | 5,528.70 | 1,170.27 |
| 21 | Steel Painters Inc. | 7100-000 | NA | 222,969.87 | 202,969.87 | 42,962.84 |
| 22 | Stribling Equipment Llc | 7100-000 | NA | 610.92 | 610.92 | 129.31 |
| 11 | United Rentals | 7100-000 | NA | 29,314.62 | 29,314.62 | 6,205.06 |
| 15 | Wayne's Tire Center | 7100-000 | NA | 3,064.92 | 3,064.92 | 648.75 |
| 16 | Workforce Safety & Insurance | 7100-000 | NA | 26,152.40 | 26,152.40 | 0.00 |
| 24 | Mississippi Department Of Revenue | 7200-000 | NA | 214,455.00 | 214,455.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPARTMENT OF REVENUE | 7300-000 | NA | 7,247.18 | 7,247.18 | 7,247.18 |
| 24 | Mississippi Department Of Revenue | 7300-000 | NA | 18,046.00 | 18,046.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,312,226.60 | $1,295,673.27 | $1,255,673.27 | $216,753.39 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-51647 | KMS | Judge: | Katharine M. Samson | Trustee Name: | DEREK A. HENDERSON |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | STRINGER CONSTRUCTION COMPANY, LLC | | | | Date Filed (f) or Converted (c): | 08/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/20/2013 |
| For Period Ending: | 11/08/2021 | | | | Claims Bar Date: | 01/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Community Bank Checking acount (closed) | 0.00 | 0.00 | | 0.00 | FA |
| 2.  BP oil spill claim | Unknown | 10,000.00 | | 301,873.00 | FA |
| 3.  Boardwalk lawsuit for retainge, change orders, contract paym | 1,105,000.00 | 250,000.00 | | 280,174.04 | FA |
| 4.  Additional BP oil spill claim | Unknown | 6,762.64 | | 6,762.64 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,105,000.00 | $266,762.64 | | $588,809.68 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/09/21 - Distribution checks issued.
07/19/21 - One check has not cleared the bank at this time. After this check has cleared, TDR will be prepared.
09/16/21 - Payment stopped on outstanding check and funds issued to the Registry of the Court.
09/23/21 - Check cleared the bank. TDR will be prepared when bank statement is received.

Initial Projected Date of Final Report (TFR): 12/31/2014      Current Projected Date of Final Report (TFR): 12/31/2020

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-51647                                                    Trustee Name: DEREK A. HENDERSON          Exhibit 9
Case Name: STRINGER CONSTRUCTION COMPANY, LLC                        Bank Name: Union Bank
                                                                     Account Number/CD#: XXXXXX0949
                                                                     Checking Account
Taxpayer ID No: XX-XXX2146                                           Blanket Bond (per case limit): $33,543,474.00
For Period Ending: 11/08/2021                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/14 | 3 | GULFSOUTH P.O. Box 20008 Owensboro, KY  42304 | Settlement of lawsuit | 1129-000 | $280,174.04 | | $280,174.04 |
| 09/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $416.42 | $279,757.62 |
| 10/27/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $402.87 | $279,354.75 |
| 11/19/14 | 1001 | Brock Services, LLC 10343 Sam Houston Park Dr. Ste 200 Houston TX 77064 | Secured Claim per Court Order 11/17/14. | 4210-000 | | $20,000.00 | $259,354.75 |
| 11/19/14 | 1002 | Steel Painters Inc. P.O. Box 22738 Beaumont, TX 77720 Attn: Jud Adams | Secured Claim per Court Order 11/17/14. | 4210-000 | | $20,000.00 | $239,354.75 |
| 11/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $415.71 | $238,939.04 |
| 12/26/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $401.69 | $238,537.35 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $366.53 | $238,170.82 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $354.43 | $237,816.39 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $319.67 | $237,496.72 |
| 03/26/15 | 1003 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | 2015 Blanket Bond | 2300-000 | | $120.52 | $237,376.20 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $353.35 | $237,022.85 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $341.36 | $236,681.49 |

Page Subtotals:                                              $280,174.04          $43,492.55

Page: **2**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-51647

Case Name: STRINGER CONSTRUCTION COMPANY, LLC

Trustee Name: DEREK A. HENDERSON

Bank Name: Union Bank

Account Number/CD#: XXXXXX0949

Checking Account

Taxpayer ID No: XX-XXX2146

For Period Ending: 11/08/2021

Blanket Bond (per case limit): $33,543,474.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $352.19 | $236,329.30 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $340.33 | $235,988.97 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $351.17 | $235,637.80 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $350.63 | $235,287.17 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $338.83 | $234,948.34 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $349.61 | $234,598.73 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $337.84 | $234,260.89 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $348.62 | $233,912.27 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $347.11 | $233,565.16 |
| 03/14/16 | 1004 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | 2016 Blanket Bond | 2300-000 | | $106.75 | $233,458.41 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $324.26 | $233,134.15 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $346.04 | $232,788.11 |

Page Subtotals:    $0.00    $3,893.38

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-51647

Case Name: STRINGER CONSTRUCTION COMPANY, LLC

Trustee Name: DEREK A. HENDERSON

Bank Name: Union Bank

Account Number/CD#: XXXXXX0949

Checking Account

Taxpayer ID No: XX-XXX2146

For Period Ending: 11/08/2021

Blanket Bond (per case limit): $33,543,474.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $334.31 | $232,453.80 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $344.94 | $232,108.86 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $333.37 | $231,775.49 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $343.93 | $231,431.56 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $343.43 | $231,088.13 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $331.89 | $230,756.24 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $342.42 | $230,413.82 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $330.90 | $230,082.92 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $341.45 | $229,741.47 |
| 01/26/17 | 2 | MS BAR FOUNDATION IOLTA PROGRAM HUNT ROSS & ALLEN PA P.O. BOX 1196 CLARKSDALE, MS 38614 | BP Settlement | 1149-000 | $301,873.00 | | $531,614.47 |
| 02/20/17 | 1005 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | 2017 Blanket Bond per Court Order 02/15/17. | 2300-000 | | $75.64 | $531,538.83 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $414.22 | $531,124.61 |

Page Subtotals: $301,873.00 $3,536.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-51647

Case Name: STRINGER CONSTRUCTION COMPANY, LLC

Trustee Name: DEREK A. HENDERSON

Bank Name: Union Bank

Account Number/CD#: XXXXXX0949

Checking Account

Taxpayer ID No: XX-XXX2146

For Period Ending: 11/08/2021

Blanket Bond (per case limit): $33,543,474.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/17 | 1006 | GLOVER, YOUNG, HAMMACK, WALTON & SIMMONS, PLLC PO DRAWER 5514 MERIDIAN, MS 39302-5514 | Attorney for Trustee Fees per Court Order 02/28/17. | 3210-000 | | $37,734.13 | $493,390.48 |
| 03/06/17 | 1007 | HUNT, ROSS & ALLEN, PA PO BOX 1196 CLARKSDALE, MS 38614 | Attorney for Trustee Fees and Expenses per Court Order 02/28/17. | | | $38,142.49 | $455,247.99 |
| | | HUNT, ROSS & ALLEN, PA | Attorney for Trustee Expenses ($408.36) | 3220-000 | | | |
| | | HUNT, ROSS & ALLEN, PA | Attorney for Trustee Fees ($37,734.13) | 3210-000 | | | |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $713.61 | $454,534.38 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $709.21 | $453,825.17 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $653.58 | $453,171.59 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $674.30 | $452,497.29 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $651.66 | $451,845.63 |
| 08/09/17 | 1008 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | Attorney for Trustee Fees and Expenses per Court Order 08/08/17 (Dkt. 138). | | | $10,768.64 | $441,076.99 |
| | | DEREK A. HENDERSON | Attorney for Trustee Fees ($9,982.50) | 3110-000 | | | |
| | | DEREK A. HENDERSON | Attorney for Trustee Expenses ($786.14) | 3120-000 | | | |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $672.33 | $440,404.66 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $659.99 | $439,744.67 |
| | | | Page Subtotals: | | $0.00 | $91,379.94 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-51647

Case Name: STRINGER CONSTRUCTION COMPANY, LLC

Trustee Name: DEREK A. HENDERSON

Bank Name: Union Bank

Account Number/CD#: XXXXXX0949

Checking Account

Taxpayer ID No: XX-XXX2146

For Period Ending: 11/08/2021

Blanket Bond (per case limit): $33,543,474.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $633.27 | $439,111.40 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $653.38 | $438,458.02 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $631.47 | $437,826.55 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $651.50 | $437,175.05 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $650.52 | $436,524.53 |
| 02/27/18 | 1009 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | 2018 Blanket Bond Reversal Incorrect amount posted from Blanket Bond Distribution. Should have been $135.31. | 2300-000 | | ($134.49) | $436,659.02 |
| 02/27/18 | 1009 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | 2018 Blanket Bond | 2300-000 | | $134.49 | $436,524.53 |
| 02/27/18 | 1010 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | 2018 Blanket Bond | 2300-000 | | $135.31 | $436,389.22 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $586.80 | $435,802.42 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $648.51 | $435,153.91 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $626.65 | $434,527.26 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $646.56 | $433,880.70 |

Page Subtotals:                                   $0.00        $5,863.97

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-51647

Case Name: STRINGER CONSTRUCTION COMPANY, LLC

Taxpayer ID No: XX-XXX2146

For Period Ending: 11/08/2021

Trustee Name: DEREK A. HENDERSON

Bank Name: Union Bank

Account Number/CD#: XXXXXX0949

Checking Account

Blanket Bond (per case limit): $33,543,474.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $624.82 | $433,255.88 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $644.67 | $432,611.21 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $643.79 | $431,967.42 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $622.06 | $431,345.36 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $641.82 | $430,703.54 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $620.27 | $430,083.27 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $639.98 | $429,443.29 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $639.02 | $428,804.27 |
| 03/06/19 | 1011 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | 2019 Blanket Bond per Court Order 03/01/19 (Dkt. #408). | 2300-000 | | $133.19 | $428,671.08 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $576.39 | $428,094.69 |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $637.14 | $427,457.55 |
| 05/06/19 | 1012 | Estate of STRINGER CONSTRUCTION COMPANY, LLC, 13-51647 | Transfer to Axos Bank | 9999-000 | | $427,457.55 | $0.00 |

Page Subtotals:                    $0.00          $433,880.70

| | | |
|---|---|---|
| COLUMN TOTALS | $582,047.04 | $582,047.04 |
| Less: Bank Transfers/CD's | $0.00 | $427,457.55 |
| Subtotal | $582,047.04 | $154,589.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $582,047.04 | $154,589.49 |

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-51647                                                                    Trustee Name: DEREK A. HENDERSON                    Exhibit 9

Case Name: STRINGER CONSTRUCTION COMPANY, LLC                                         Bank Name: Axos Bank

                                                                                     Account Number/CD#: XXXXXX0014

                                                                                     Checking Account

Taxpayer ID No: XX-XXX2146                                                            Blanket Bond (per case limit): $33,543,474.00

For Period Ending: 11/08/2021                                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/19 | | Estate of STRINGER CONSTRUCTION COMPANY, LLC, 13-51647 | Tranfer from Union Bank | 9999-000 | $427,457.55 | | $427,457.55 |
| 06/25/19 | 4 | MS BAR FOUNDATION IOLTA PROGRAM HUNT ROSS & ALLEN PA P.O. BOX 1196 CLARKSDALE, MS 38614 | Additional BP oil spill claim funds | 1149-000 | $6,762.64 | | $434,220.19 |
| 07/24/19 | 2001 | STEPHEN B. JACKSON AND GLOVER, YOUNG, HAMMACK, WALTON & SIMM PO DRAWER 5514 MERIDIAN, MS 39302-5514 | Attorney for Trustee Fees per Court Order 07/23/19 (Dkt. #148). Reversal Entire name did not print on check | 3210-000 | | ($845.33) | $435,065.52 |
| 07/24/19 | 2001 | STEPHEN B. JACKSON AND GLOVER, YOUNG, HAMMACK, WALTON & SIMM PO DRAWER 5514 MERIDIAN, MS 39302-5514 | Attorney for Trustee Fees per Court Order 07/23/19 (Dkt. #148). | 3210-000 | | $845.33 | $434,220.19 |
| 07/24/19 | 2002 | HUNT, ROSS & ALLEN, PA PO BOX 1196 CLARKSDALE, MS 38614 | Attorney for Trustee Fees per Court Order 07/23/19 (Dkt. #148). | 3210-000 | | $845.33 | $433,374.86 |
| 07/24/19 | 2003 | STEPHEN B. JACKSON AND GLOVER, YOUNG, HAMMACK, WALTON & SIMMONS, PLLC PO DRAWER 5514 MERIDIAN, MS 39302-5514 | Attorney for Trustee Fees per Court Order 07/23/19 (Dkt. #148). | 3210-000 | | $845.33 | $432,529.53 |
| 03/12/20 | 2004 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | 2020 Blanket Bond per Court Order 03/10/20 (Dkt. #416). | 2300-000 | | $211.88 | $432,317.65 |
| 07/07/20 | 2005 | INTERNAL REVENUE SERVICE | 2014 taxes per Court Order 07/07/20 (Dkt. #165). | 2810-000 | | $77,657.00 | $354,660.65 |
| 07/07/20 | 2006 | MISSISSIPPI STATE TAX COMMISSION | 2014 taxes per Court Order 07/07/20 (Dkt. #165). | 2820-000 | | $14,227.00 | $340,433.65 |
| 07/07/20 | 2007 | MISSISSIPPI STATE TAX COMMISSION | 2015 taxes per Court Order 07/07/20 (Dkt. #165). | 2820-000 | | $1,176.00 | $339,257.65 |
| 07/07/20 | 2008 | MISSISSIPPI STATE TAX COMMISSION | 2016 taxes per Court Order 07/07/20 (Dkt. #165). | 2820-000 | | $1,053.00 | $338,204.65 |
| 07/07/20 | 2009 | INTERNAL REVENUE SERVICE | 2017 taxes per Court Order 07/07/20 (Dkt. #165). | 2810-000 | | $66,672.00 | $271,532.65 |

Page Subtotals:                                                                                                 $434,220.19        $162,687.54

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-51647
Case Name: STRINGER CONSTRUCTION COMPANY, LLC

Trustee Name: DEREK A. HENDERSON
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0014
Checking Account
Blanket Bond (per case limit): $33,543,474.00
Separate Bond (if applicable):

Exhibit 9

Taxpayer ID No: XX-XXX2146
For Period Ending: 11/08/2021

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/20 | 2010 | MISSISSIPPI STATE TAX COMMISSION | 2017 taxes per Court Order 07/07/20 (Dkt. #165). | 2820-000 | | $18,004.00 | $253,528.65 |
| 07/07/20 | 2011 | MISSISSIPPI STATE TAX COMMISSION | 2018 taxes per Court Order 07/07/20 (Dkt. #165). | 2820-000 | | $1,159.00 | $252,369.65 |
| 07/07/20 | 2012 | MISSISSIPPI STATE TAX COMMISSION | 2019 taxes per Court Order 07/07/20 (Dkt. #165). | 2820-000 | | $750.00 | $251,619.65 |
| 07/13/20 | 2013 | HARPER, RAINS, KNIGHT & COMPANY, P.A. STEPHEN SMITH 1052 HIGHLAND COLONY PARKWAY, SUITE 100 RIDGELAND, MS  39157 | Accountant Fees per Court Order 07/13/20 (Dkt. #168). | 3410-000 | | $1,718.60 | $249,901.05 |
| 10/05/20 | 2014 | DEPARTMENT OF REVENUE P.O. BOX 23075 JACKSON, MS  39225-3075 | Additional penalty/fee and interest due on taxes paid in the amount of $36,369.00 per Court Order 07/07/20 (Dkt. #165). | | | $7,581.86 | $242,319.19 |
| | | DEPARTMENT OF REVENUE | Additional Interest                    ($334.68) | 2820-000 | | | |
| | | DEPARTMENT OF REVENUE | Additional Penalty/Fee              ($7,247.18) | 7300-000 | | | |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $241.66 | $242,077.53 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $267.30 | $241,810.23 |
| 04/07/21 | | Axos Bank 4350 La Jolla Village Dr, Suite 140 San Diego, CA 92122 | Service Charge Refund | 2600-000 | | ($241.66) | $242,051.89 |
| 04/07/21 | | Axos Bank 4350 La Jolla Village Dr, Suite 140 San Diego, CA 92122 | Service Charge Refund | 2600-000 | | ($267.30) | $242,319.19 |
| 04/09/21 | 2015 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | Final distribution creditor account # representing a payment of 100.00 % per court order 04/09/21 (Dkt. #185). | 2100-000 | | $32,690.48 | $209,628.71 |

UST Form 101-7-TDR (10/1/2010) *(Page: 26)*

Page Subtotals:                    $0.00          $61,903.94

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-51647

Case Name: STRINGER CONSTRUCTION COMPANY, LLC

Trustee Name: DEREK A. HENDERSON

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0014

Checking Account

Taxpayer ID No: XX-XXX2146

For Period Ending: 11/08/2021

Blanket Bond (per case limit): $33,543,474.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/21 | 2016 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | Final distribution creditor account # representing a payment of 100.00 % per court order 04/09/21 (Dkt. #185). | 2200-000 | | $122.50 | $209,506.21 |
| 04/09/21 | 2017 | Armor Plate, Inc. Ronald R Niehaus 5851 San Felipe, Suite 925 Houston, Tx 77057 | Final distribution to claim 1 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $5,097.25 | $204,408.96 |
| 04/09/21 | 2018 | Pearl Equipment 1819 Fifth Ave N Birmingham Al 35203 | Final distribution to claim 2 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $3,412.14 | $200,996.82 |
| 04/09/21 | 2019 | Gas And Supply Attn Ben Rongey 4709 Bluebonnet Blvd Ste A Baton Rouge La 70809 | Final distribution to claim 3 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt/ #185). | 7100-000 | | $2,212.42 | $198,784.40 |
| 04/09/21 | 2020 | Abs Welding P.O. Box 563 Columbia, Ms 39429 | Final distribution to claim 4 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $2,890.75 | $195,893.65 |
| 04/09/21 | 2021 | Complete Pipeline Services & Supply F. Douglas Montague Po Drawer 1975 Hattiesburg Ms 39403-1975 | Final distribution to claim 5 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $16,185.33 | $179,708.32 |
| 04/09/21 | 2022 | Road-Pro Safety, Inc. P.O. Box 54292 Jackson, Ms 39288 | Final distribution to claim 6 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $1,170.27 | $178,538.05 |
| 04/09/21 | 2023 | Ben Jones Catfish 8775 Simmons Circle Lauderdale, Ms 39335 | Final distribution to claim 7 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $169.34 | $178,368.71 |
| 04/09/21 | 2024 | C.B. Developers, Inc C/O James A Mccullough, Ii Brunini Law Firm Po Drawer 119 Jackson Ms 39205 | Final distribution to claim 8 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $5,715.12 | $172,653.59 |

Page Subtotals:                    $0.00         $36,975.12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-51647
Case Name: STRINGER CONSTRUCTION COMPANY, LLC

Trustee Name: DEREK A. HENDERSON
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0014
Checking Account

Taxpayer ID No: XX-XXX2146
For Period Ending: 11/08/2021

Blanket Bond (per case limit): $33,543,474.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/21 | 2025 | Key, Llc 1022 Highland Colony Pkwy Ste 101 Ridgeland Ms 39157 | Final distribution to claim 9 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $6,794.64 | $165,858.95 |
| 04/09/21 | 2026 | Battery Sales & Services 605 West Fortification St Jackson, Ms 39203 | Final distribution to claim 10 creditor account # representing a payment of 21.17 % per court order 04/0921 (Dkt. #185). | 7100-000 | | $119.21 | $165,739.74 |
| 04/09/21 | 2027 | United Rentals Attn: Rhonda Sims 6125 Lakeview Road #300 Charlotte, Nc 28269 | Final distribution to claim 11 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $6,205.06 | $159,534.68 |
| 04/09/21 | 2028 | Buckley Newspapers, Inc. Dba Job Shop/Printing & Design P O Box 103 Brandon, Ms 39043 | Final distribution to claim 12 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $112.79 | $159,421.89 |
| 04/09/21 | 2029 | Anderson Construction P.O. Box 1008 Stringer, Ms 39481 | Final distribution to claim 13 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $1,869.92 | $157,551.97 |
| 04/09/21 | 2030 | Wayne's Tire Center 278 Hwy 18 Bay Springs, Ms 39422 | Final distribution to claim 15 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $648.75 | $156,903.22 |
| 04/09/21 | 2031 | Airgas Usa, Llc South Division 2015 Vaughn Road Bldg 400 Kennesaw Ga 30144 | Final distribution to claim 17 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $1,068.47 | $155,834.75 |
| 04/09/21 | 2032 | Bakercorp C/O Commercial Collection Consultants 16830 Ventura Blvd Ste 620 Encino Ca 91436 | Final distribution to claim 18 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $5,321.27 | $150,513.48 |
| 04/09/21 | 2033 | Brock Services, LLC 10343 Sam Houston Park Dr. Ste 200 Houston, TX  77064 | Final distribution to claim 19 creditor account # representing a payment of 21.17 % per court order 04/08/21 (Dkt. #185). | 7100-000 | | $90,737.02 | $59,776.46 |

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

Page Subtotals:                    $0.00         $112,877.13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-51647

Case Name: STRINGER CONSTRUCTION COMPANY, LLC

Trustee Name: DEREK A. HENDERSON

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0014

Checking Account

Taxpayer ID No: XX-XXX2146

For Period Ending: 11/08/2021

Blanket Bond (per case limit): $33,543,474.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/21 | 2034 | Lyle Machinery Company C/O Chad J. Hammons, Esq. P. O. Box 427 Jackson, Ms 39205-0427 | Final distribution to claim 20 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $14,112.05 | $45,664.41 |
| 04/09/21 | 2035 | Steel Painters Inc. P.O. Box 22738 Beaumont, TX 77720 Attn: Jud Adams | Final distribution to claim 21 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $42,962.84 | $2,701.57 |
| 04/09/21 | 2036 | Stribling Equipment Llc P O Box 6038 Jackson, Ms 39288 | Final distribution to claim 22 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $129.31 | $2,572.26 |
| 04/09/21 | 2037 | Beasley Forest Products, Inc James B. Stewart Iii P.O. Box 788 Hazlehurst, Ga 31539 | Final distribution to claim 23 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). | 7100-000 | | $2,572.26 | $0.00 |
| 06/24/21 | 2026 | Battery Sales & Services 605 West Fortification St Jackson, Ms 39203 | Final distribution to claim 10 creditor account # representing a payment of 21.17 % per court order 04/0921 (Dkt. #185). Reversal | 7100-000 | | ($119.21) | $119.21 |
| 06/24/21 | 2038 | Battery Sales & Services 605 West Fortification St Jackson, Ms 39203 | Final distribution to claim 10 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). To replace check number 2026, which was never received by recipient. Company has been sold and check needs to be sent to corporate office at Continental Battery Global Headquarters, 8585 North Stemmons Freeway, Floor 6, Attn: Accounts Payable, Dallas, TX 75247 | 7100-000 | | $119.21 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 29)*

Page Subtotals:                    $0.00        $59,776.46

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-51647                                          Trustee Name: DEREK A. HENDERSON          Exhibit 9
Case Name: STRINGER CONSTRUCTION COMPANY, LLC               Bank Name: Axos Bank
                                                          Account Number/CD#: XXXXXX0014
                                                          Checking Account
Taxpayer ID No: XX-XXX2146                                 Blanket Bond (per case limit): $33,543,474.00
For Period Ending: 11/08/2021                              Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/21 | 2038 | Battery Sales & Services 605 West Fortification St Jackson, Ms 39203 | Final distribution to claim 10 creditor account # representing a payment of 21.17 % per court order 04/09/21 (Dkt. #185). Reversal To replace check number 2026, which was never received by recipient. Company has been sold and check needs to be sent to corporate office at Continental Battery Global Headquarters, 8585 North Stemmons Freeway, Floor 6, Attn: Accounts Payable, Dallas, TX 75247 | 7100-000 | | ($119.21) | $119.21 |
| 09/16/21 | 2039 | U.S. Bankrptcy Court SOUTHERN DISTRICT OF MISSISSIPPI P.O. Box 2448 Jackson, MS 39225-2448 | Unclaimed Funds of Battery Sales & Service | 7100-000 | | $119.21 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $434,220.19 | $434,220.19 |
| Less: Bank Transfers/CD's | $427,457.55 | $0.00 |
| Subtotal | $6,762.64 | $434,220.19 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,762.64 | $434,220.19 |

Page Subtotals:                    $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0014 - Checking Account | $6,762.64 | $434,220.19 | $0.00 |
| XXXXXX0949 - Checking Account | $582,047.04 | $154,589.49 | $0.00 |
| | $588,809.68 | $588,809.68 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $588,809.68 |
| Total Gross Receipts: | $588,809.68 |

Page Subtotals:                     $0.00          $0.00